IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                                                     CASE NO. 16-33435-DHW
CHAPTER 13

SUSAN FRANKS

**Debtor(s)**

## TRUSTEE'S STATUS REPORT IN SUPPORT
## OF TRUSTEE'S MOTION TO DISMISS

**COMES NOW**, the Trustee, and files the following report with respect to the status of this case in support of the Trustee's Motion to Dismiss:

1. This case was filed on December 02, 2016 and confirmed on March 06, 2017.

2. Debtor's current plan payments are $700.00 monthly, and the overall pay record is 22.22% .

3. Debtor(s) total amount of delinquency is $4,900.00.

4. The estimated balance is $47,135.60. This figure is subject to the final audit and applicable commitment period requirement.

5. No prior Motions to Dismiss have been filed in this case.

6. This is the only Motion to Dismiss filed in the past 12 months.

7. No motions for relief have been filed in this case.

8. The last payments received by the Trustee from the debtor were received on:

  $700.00     03/09/2017     0018     $700.00     08/29/2017     3571

9. The case is not feasible.

10. In order to remain feasible, plan payments need to increase to $882.00 monthly.

11. There is not a working Income Withholding Order in this case.

Respectfully submitted on September 07, 2017.

          Sabrina L. McKinney
          Chapter 13 Standing Trustee

By:   /s/ *Sabrina L. McKinney*
       Sabrina L. McKinney
       Chapter 13 Standing Trustee

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: 13Trustee@ch13mdal.com

**CERTIFICATE OF SERVICE**

   I, the undersigned, hereby certify that a copy of the foregoing document, has been served on the debtor(s) via United States Mail, postage prepaid, and the Debtor's attorney via CM/ECF on September 07,

By:   /s/ *Sabrina L. McKinney*
       Sabrina L. McKinney
       Chapter 13 Standing Trustee